UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| A. DOUGLAS RAFFERTY, | ) |
| Plaintiff, | ) |
| v. | ) |
| SINCLAIR BROADCAST GROUP, INC. | ) |
| and | ) |
| WGME, INC. | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1446

NOW COME the Defendants, Sinclair Broadcast Group, Inc. and WGME, Inc. ("Defendants"), both Maryland corporations, to notice the removal of the following described action from Cumberland County Superior Court located in Cumberland County, State of Maine ("Maine Superior Court") to the United States District Court located in Portland, Maine ("U.S. District Court") as authorized by 28 U.S.C. §§ 1331 and 1367. The statutory bases and factual grounds for removal are as follows:

1. Sinclair Broadcast Group, Inc. and WGME, Inc. have been named as Defendants in a civil action brought against them in Maine Superior Court, City of Portland, County of Cumberland, entitled A. Douglas Rafferty v. Sinclair Broadcast Group, Inc. and WGME, Inc., Case Number POR-CV-13-67. Defendant Sinclair Broadcast Group, Inc. was served with a copy of the Plaintiff's summons and complaint, through its statutory agent, on May 14, 2013. The Defendant WGME, Inc. was served with a copy of the Plaintiff's summons and complaint by

regular mail on May 17, 2013.  This Notice of Removal is being filed within 30 days after service on both Defendants as required by 28 U.S.C. § 1446(b).  Attached hereto as **Exhibit A** is a true and correct copy of the Complaint obtained by undersigned counsel for the Defendants on May 14, 2013.

2. Attached hereto as **Exhibit B** is a true and correct copy of the summons, complaint, civil cover sheet and proof of service filed by the Plaintiff with Maine Superior Court, City of Portland, County of Cumberland on May 16, 2013.

3. In addition to Exhibits A and B, attached hereto, Plaintiff filed Plaintiff's Motion to Extend Deadline to File Proof of Service (with exhibit), a Proposed Order and Request for Hearing, in Maine Superior Court, City of Portland, County of Cumberland, on May 16, 2013. Attached hereto as **Exhibit C** is a true and correct copy of the Plaintiff's Motion and related filings, as obtained by undersigned counsel for the Defendants Sinclair Broadcast Group, Inc. and WGME, Inc.

4. The foregoing documents, attached as **Exhibits A, B and C** are, to the best of the Defendants' knowledge, the only papers and pleadings on file with Maine Superior Court in this action.  A copy of the certified docket sheet for the civil action identified above is attached hereto as **Exhibit D.**

5. The Defendants have not yet filed an answer to the Plaintiff's Complaint.

6. Upon information and belief, Plaintiff is an individual residing in the Town of Yarmouth, State of Maine.

7. Defendants Sinclair Broadcast Group, Inc. and, WGME, Inc. are both Maryland corporations.  Defendant WGME, Inc. has a principal place of business in Portland, Maine.

8. In his complaint, the Plaintiff alleges causes of action for discrimination pursuant to the Maine Human Rights Act ("MHRA"), 5 M.R.S.A. §§ 4551-4634, Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.,* and Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 623 *et seq*. Plaintiff's Complaint seeks injunctive relief as well as monetary compensation for general and non-economic damages, economic damages, interest, lost wages, liquidated damages, attorney's fees and costs.

9. Based upon the foregoing, this action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that the districts courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. Further, the United States District Court has supplemental jurisdiction over the Plaintiff's non-Federal statutory claims in this action pursuant to 28 U.S.C. § 1367.

10. Both Defendants may remove this entire action to this Court as a matter of right pursuant to 28 U.S.C. §§ 1331 and 1367 and 1441.

11. Written notice will be promptly filed with the Clerk of the Superior Court of Maine, City of Portland, County of Cumberland, and with the adverse party as required by 28 U.S.C. § 1446(d). A copy of the Clerk's Notice of Filing of Removal of Civil Action is attached hereto as **Exhibit E.**

WHEREFORE, the Defendants Sinclair Broadcast Group, Inc. and WGME, Inc. pray that the above-captioned action be removed from the Maine Superior Court to this Court, and that this Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court, and that no further or other proceedings shall be had with respect to the above-captioned case in the Maine Superior Court.

Dated at Portland, Maine this 31st day of May 2013.

/s/ Matthew J. LaMourie
_____
Matthew J. LaMourie, Esq.

/s/ Michael G. Messerschmidt
_____
Michael G. Messerschmidt, Esq.

/s/ Kevin J. Haskins
_____
Kevin J. Haskins, Esq.

*Attorneys for the Defendants Sinclair Broadcast Group, Inc. and WGME, Inc.*

PRETI FLAHERTY BELIVEAU &
PACHIOS LLP
One City Center
Portland, ME 04101
207.791.3000

mmessserschmidt@preti.com
mlamourie@preti.com

**CERTIFICATE OF SERVICE**

I, Matthew J. LaMourie, attorney for the Defendants, hereby certify that on this day, I have served the foregoing by mailing a copy of Defendants' Notice of Removal and its five (5) Exhibits, postage prepaid, upon the following:

> David G. Webbert, Esq.
> Matthew Keegan, Esq.
> Johnson & Webbert, LLP
> 160 Capitol Street, Suite 3
> P.O. Box 79
> Augusta, ME  04332-0079

Dated at Portland, Maine this 31st day of May 2013

/s/ Matthew J. LaMourie

Matthew J. LaMourie

*Attorney for the Defendants Sinclair Broadcast Group, Inc. and WGME, Inc.*

PRETI FLAHERTY BELIVEAU &
PACHIOS LLP
One City Center
Portland, ME 04101
207.791.3000

mlamourie@preti.com