UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| A DOUGLAS RAFFERTY,<br><br>    Plaintiff,<br><br>v.<br><br>SINCLAIR BROADCAST GROUP, et al.<br><br>    Defendants. | Civil Docket No. 2:13-cv-205-DBH |

## STIPULATION OF DISMISSAL

Under Fed. R. Civ. P 41(a)(1)(A)(ii), counsel for all parties to this action hereby stipulate and consent to the dismissal of the above-captioned case with prejudice and without attorney's fees or costs to any party.

Date: December 12, 2013

/s/ David G. Webbert
David G. Webbert
Bar No. 7334
Johnson & Webbert, L.L.P.
160 Capitol Street, Suite 3, P.O. Box 79
Augusta, Maine 04332-0079
Tel: 207-623-5110
dwebbert@johnsonwebbert.com

Attorney for Plaintiff


/s/ Michael G. Messerschmidt
Michael G. Messerschmidt
Bar No. 1704
Preti, Flaherty, Beliveau & Pachios, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
mmesserschmidt@preti.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on December 12, 2013 I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Michael G. Messerschmidt, Esq.
    Preti, Flaherty, Beliveau & Pachios, LLP
    One City Center, P.O. Box 9546
    Portland, ME 04112-9546

Date: December 12, 2013       /s/ David G. Webbert